ALOJZY HOFFMAN, as Administrator, etc., of JANINA HOFFMAN, Deceased, Appellant, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY and Another, Respondents.— Judgment reversed, on the law, and new trial granted, with costs to the appellant to abide the event. Judgment dismissing the complaint

was granted on the complaint and the opening of counsel. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.